UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

XBYTE TECHNOLOGIES, INC.,

    Plaintiff,

v.                                                                                                  Case No: 8:25-cv-765-CEH-NHA

XBYTE TECHNOLOGIES, LLC and
KYLE JACOBS,

    Defendants.
_____

## ORDER

This matter is before the Court upon review of the file. Pursuant to Plaintiff's Notice of Settlement (Doc. 19), the Court entered an Order on May 28, 2025, dismissing this action without prejudice and providing the parties an opportunity to submit, within sixty days, a stipulation or final judgment for dismissal with prejudice (Doc. 20). The Court advised that after that 60-day period, the dismissal would be with prejudice. More than sixty days have passed, and the parties have not submitted a stipulation or final judgment, nor have they requested additional time to do so. Therefore, this matter will be dismissed with prejudice.

Accordingly, it is now **ORDERED**:

1. This action is dismissed, with prejudice.

2. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on August 27, 2025.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties